Jack P. Burden, Esq.
Nevada State Bar No. 6918
Jacquelyn Franco, Esq.
Nevada State Bar No. 13484
**BACKUS | BURDEN**
3050 South Durango Drive
Las Vegas, NV 89117
(702) 872-5555
(702) 872-5545
jburden@backuslaw.com
jacquelynfranco@backuslaw.com
*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| VICTORIA ABINA, individually, | Case No.  2:22-cv-01142-JAD-BNW |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER RE DISMISSAL WITH PREJUDICE** |
| ALBERTSON'S LLC dba ALBERTSON'S #4039, a foreign limited-liability company; and; DOES I-X; and ROE CORPORATIONS I-X, inclusive | ECF No. 34 |
| Defendants. | |

Plaintiff VICTORIA ABINA, by and through her counsel of record Lawrence Ruiz, Esq, of the RUIZ LAW FIRM, Defendant ALBERTSON'S LLC by and through its counsel of record Jack P. Burden, Esq. and Jacquelyn Franco, Esq. of BACKUS | BURDEN hereby stipulate to dismiss all claims that have been brought and/or could have been brought in the above titled litigation *with* prejudice.

This dismissal *does* completely resolve this entire matter.

Plaintiff and Defendants hereby further stipulate and agree that each party shall bear its own attorneys' fees and costs.

2:22-cv-01142-JAD-BNW

This case has not been set for trial.

This stipulation is entered into in good faith, in the interests of judicial economy and not for the purpose of delay.

DATED this 5th day of April 2024.
**RUIZ LAW FIRM**

/s/ _____
LAWRENCE RUIZ, ESQ.
Nevada Bar No. 11451
1055 Whitney Ranch Drive, Suite 110
Henderson, NV 89014
*Attorneys for Plaintiff*

DATED this __ day of April 2024.
**BACKUS | BURDEN**

/s/ Jacquelyn Franco
JACK P. BURDEN, ESQ.
Nevada Bar No. 6918
JACQUELYN FRANCO, ESQ.
Nevada Bar No. 13484
3050 South Durango Drive
Las Vegas, NV 89117
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 34]** and good cause appearing, IT IS ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: April 8, 2024